EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| David Crespo Segarra | 2000 TSPR 129 |

Número: TS-8320

Fecha: 25/08/2000

Abogado del Peticionario:

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

David Crespo Segarra                    TS-8320

Sala Especial de Verano integrada por el Juez Presidente señor Andréu García y los Jueces Asociados señores Hernández Denton, Corrada del Río y Rivera Pérez

RESOLUCION

San Juan, Puerto Rico, a 25 de agosto de 2000.

Vista la *Moción en Cumplimiento de Orden y Solicitando la Reinstalación* presentada por el querellado David Crespo Segarra el 1 de marzo de 1999, se autoriza su reinstalación al ejercicio de la abogacía.

Examinado el Informe de la Directora de la Oficina de Inspección de Notarías presentado el 12 de julio de 2000, se deniega la reinstalación al ejercicio de la notaría, hasta tanto esta Oficina certifique que el querellado ha subsanado todas las deficiencias existentes en su obra notarial.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez inhibido.


Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo